NIKI B. OKCU (State Bar No. 229345)
AT&T SERVICES, INC. – LEGAL DEPT.
430 Bush Street, 3rd Floor
San Francisco, California 94108
Telephone: (415) 276-5656
Email: Niki.Okcu@att.com

Attorneys for Defendant DIRECTV, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mark Aussieker,<br><br>                    Plaintiff,<br><br>v.<br><br>Bridgevine Inc. and DIRECTV, LLC and DOES 1-10,<br><br>                    Defendants. | CASE NO. _____<br><br>**DEFENDANT DIRECTV LLC'S NOTICE OF REMOVAL** |

       PLEASE TAKE NOTICE that Defendant DIRECTV, LLC ("DIRECTV") hereby removes this action from the Superior Court of the State of California for the County of Sacramento to the United States District Court for the Eastern District of California, Sacramento Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. In support of removal, DIRECTV states as follows:

       1.    By complaint dated April 3, 2019, Plaintiff Mark Aussieker ("Aussieker") purportedly instituted this action against DIRECTV and its co-defendant Bridgevine Inc. ("Bridgevine"). A true and correct copy of the complaint ("Complaint") and writ of summons ("Summons") is attached hereto as Exhibit A. The Complaint has been assigned docket number 34-2019-00254060 in state court.

       2.    On April 18, 2019, Defendant DIRECTV first received a copy of the Summons and Complaint, via service on its registered agent, CT Corporation.

3.     DIRECTV understands that on April 22, 2019, Defendant Bridgevine first received a copy of the Summons and Complaint.

4.     No other proceedings have been held in the Superior Court for the County of Sacramento in this action, and the Summons and Complaint constitute all process and pleadings served upon DIRECTV in this action. Neither DIRECTV nor Bridgevine has filed a responsive pleading to the Complaint.

5.     The Complaint asserts claims against DIRECTV and Bridgevine for allegedly violating the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227, and its implementing regulations by placing telemarketing calls to Aussieker's cellular telephone number without his consent while that number was on the do-not-call list. *See* Comp. ¶¶ 37-45. The Complaint separately alleges that Aussieker "feigned interest" in the sales pitch while on the call and was subsequently charged a $199 order fee. Comp. ¶¶ 29-32. Aussieker claims this fee violates the FTC's Telemarketing Sales Rule ("TSR"),[1] as well as Cal. Civil. Code 1670.6 (which makes a violation of the TSR a violation of state law), and Cal B&P Code 17511.5(e). Comp. ¶ 46.

6.     Because Aussieker's complaint includes a claim against the Defendants under the TCPA and appears to plead a claim under the TSR, this action arises under the "laws . . . of the United States" over which this Court has original jurisdiction. 28 U.S.C. § 1331. Accordingly, this action is removable to this Court under 28 U.S.C. § 1441. *See Mims v. Arrow Fin. Servs. LLC,* 565 U.S. 368 (2012).

7.     To the extent that Aussieker asserts claims under California law, this Court has supplemental jurisdiction over his claims because such claims are so related to Aussieker's federal claim that they are part of the same case or controversy under Article III of the United States Constitution. 28 U.S.C. § 1367.

8.     The United States District Court for the Eastern District of California is a proper venue for removal because it is the federal judicial district in which the complaint alleges that the alleged events and/or conduct giving rise to the claims occurred. Additionally, the court where the

---

[1] The Complaint labels the cause of action as an "FTC violation". Because the count also references Cal. Civil. Code 1670.6, which incorporates the TSR, DIRECTV assumes that Aussieker is attempting to allege a violation of the TSR.

state action was brought and is pending is located within the United States District Court for the Eastern District of California, and therefore this is the proper district court to which this action should be removed.

9. The only other named defendant, Bridgevine, consents to the filing of this removal. *See* 28 U.S.C. § 1446(b)(2)(A). A copy of Bridgevine's signed consent is attached hereto as Exhibit B.

10. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely and proper because thirty days have not expired since DIRECTV received the Complaint and because all Defendants have joined in or consented to removal.

11. Pursuant to 28 U.S.C. § 1446(d), DIRECTV has this same date given written notice of this filing to Aussieker and filed a true and correct copy of a Notice of Filing of Notice of Removal ("Notice of Filing") with the Clerk of the Civil Division for the Superior Court of the State of California for the County of Sacramento. A copy of such Notice of Filing (without attachments) is attached hereto as Exhibit C.

12. By removing this matter to this Court, Defendants do not waive their rights to assert any and all defenses and/or objections in this action.

13. The undersigned is counsel for, and is duly authorized to effect removal on behalf of, DIRECTV.

WHEREFORE, Defendant DIRECTV, LLC respectfully requests that this action be removed from the Superior Court of the State of California for the County of Sacramento and that this Court take jurisdiction over further proceedings.

RESPECTFULLY SUBMITTED,

AT&T SERVICES INC. LEGAL DEPARTMENT

Dated: May 16, 2019

/s/ Niki B. Okcu
Niki B. Okcu
Attorney for DIRECTV

**PROOF OF SERVICE**

I, Kyle Steinmetz declare,

I am a citizen of the United States and employed in Chicago, Illinois. I am over the age of eighteen years and not a party to thee within-entitled action. My business address is 71 S. Wacker Drive, Chicago IL 60606. On May 16, 2019, I served the above documents by certified mail, return receipt requested, and by email to the following self-represented parties and/or counsel of record:

Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
916-705-8006
aussieker1@gmail.com

Karl S. Kronenberger
Liana W. Chen
150 Post Street, Suite 520
San Francisco, CA 94108
Tel. 415-955-1155
karl@KRInternetLaw.com
liana@KRInternetLaw.com

[X] **By United States Certified Mail:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed May 16, 2019 at Chicago, Illinois

/s/ Kyle J. Steinmetz