Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

FILED

MAY 22 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER<br><br>                    Plaintiff,<br><br>v.<br><br>*Bridgevine Inc. and DIRECTV, LLC*<br><br>.Defendant. | Case 2:19-cv-00884-KJM-EFB<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF to respectfully notify this Honorable Court that this case has settled individually. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow ten (10) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: 5-21-19
MARK AUSSIEKER

1

# CERTIFICATE OF SERVICE

Filed by hand with United States District Court 5-22-19, with a copy emailed to:

*Emailed to :*

Karl S. Kronenberger karl@KRInternetLaw.com

Liana W. Chen liana@KRInternetLaw.com

Steinmetz, Kyle J. KSteinmetz@mayerbrown.com
"Adam B. Brouillet" <ABrouillet@trenam.com>

5·22·19



Mark Aussieker

2