1  NIKI B. OKCU (State Bar No. 229345)
   AT&T SERVICES, INC. – LEGAL DEPT.
2  430 Bush Street, 3rd Floor
   San Francisco, California 94108
3  Telephone: (415) 276-5656
   Email: Niki.Okcu@att.com
4
5  Attorneys for Defendant DIRECTV, LLC

6
7
8
9
                  UNITED STATES DISTRICT COURT
10                EASTERN DISTRICT OF CALIFORNIA
11

12 | MARK AUSSIEKER,                          | Case No. 2:19-cv-00884-KJM-EFB
13 |         Plaintiff,                       |
14 |     v.                                   | STIPULATION FOR DISMISSAL
                                              | WITH PREJUDICE; [PROPOSED]
15 | BRIDGEVINE INC. and DIRECTV, LLC,        | ORDER
16 |         Defendants.                      |
17

18
19
                              STIPULATION
20
   Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's Notice of Dismissal on May
21
   22, 2019 [Dkt No. 7], and the Clerk's Notice of Docket Correction on May 23, 2019 [Dkt No. 8],
22
   the parties hereby stipulate to the dismissal of this entire action with prejudice, with each party to
23
   bear its own attorneys' fees and costs, and request that the Court dismiss this action with prejudice,
24
   with each party to bear its own attorneys' fees and costs.
25

26
   [*Signatures on next page*]
27

28

Case No. 2:19-cv-00884-KJM-EFB                              STIP. FOR DISMISSAL; PROP. ORDER

| | | |
|---|---|---|
| 1 | DATED: May 24, 2019 | **PLAINTIFF MARK AUSSIEKER** |
| 2 | | |
| 3 | | By: _/s/ Mark Aussieker_ |
| 4 | | Mark Aussieker |
| 5 | | *Plaintiff Pro Per* |
| 6 | DATED: May 24, 2019 | **KRONENBERGER ROSENFELD, LLP** |
| 7 | | |
| 8 | | By: <u>/s/ Karl S. Kronenberger</u> <u>(as authorized on May 24, 2019)</u> |
| 9 | | Karl S. Kronenberger |
| 10 | | *Attorneys for Defendant Bridgevine, Inc.* |
| 11 | | |
| 12 | DATED: May 28, 2019 | **AT&T SERVICES, INC. – LEGAL DEPT** |
| 13 | | |
| 14 | | By: **/s/ Niki B. Okcu** |
| 15 | | Niki B. Okcu |
| 16 | | *Attorneys for Defendant DIRECTV, LLC* |

# [PROPOSED] ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____, 2019

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF COMPLAINCE**

Pursuant to Local Rule 131(e), I hereby certify that I obtained consent from counsel for Bridgevine Inc. to file this document, as reflected on the signature page, and that on May 25, 2019, I obtained a hard copy of a signature page for this document from the *pro se* plaintiff, Mark Aussieker.

Dated: May 28, 2019

AT&T SERVICES INC. LEGAL DEPARTMENT

By:  /s/ *Niki B. Okcu*
     Niki B. Okcu

Attorney for Defendant DIRECTV, LLC

**PROOF OF SERVICE**

I, Kyle Steinmetz declare,

I am a citizen of the United States and employed in Chicago, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 71 S. Wacker Drive, Chicago IL 60606. On May 28, 2019, I caused the Stipulation for Dismissal to be served by electronic mail on the following self-represented party:

Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
916-705-8006
aussieker1@gmail.com

[X] **By Electronic Mail**: I sent a copy of the document to the email address aussieker1@gmail.com associated with Mr. Aussieker. Mr. Aussieker previously requested in writing via email on May 16, 2019 that service of materials related to this case be done via his email address.

and via certified mail, return receipt requested, as well as by email to the following counsel of record:

Karl S. Kronenberger
Liana W. Chen
150 Post Street, Suite 520
San Francisco, CA 94108
Tel. 415-955-1155
karl@KRInternetLaw.com
liana@KRInternetLaw.com

[X] **By United States Certified Mail**: I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed May 28, 2019 at Chicago, Illinois

/s/ Kyle J. Steinmetz